IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Kelly, Kemba A | Case Number: 08 B 06830 |
| | Judge: Hollis, Pamela S |
| Printed: 03/24/09 | Filed: 3/21/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 9, 2009
Confirmed: May 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,080.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,009.80 |
| Trustee Fee: | | 70.20 |
| Other Funds: | | 0.00 |
| Totals: | 1,080.00 | 1,080.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,324.00 | 1,009.80 |
| 2. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 3. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 601.73 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 182.59 | 0.00 |
| 6. | NCO Financial Systems | Unsecured | 1,409.89 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 2,519.55 | 0.00 |
| 8. | Drive Financial Services | Unsecured | 7,684.84 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 6,130.00 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 11. | Chase Educational Finance Ctr | Unsecured | | No Claim Filed |
| 12. | Allied Interstate | Unsecured | | No Claim Filed |
| 13. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 14. | Medical Collections | Unsecured | | No Claim Filed |
| 15. | Medical Collections | Unsecured | | No Claim Filed |
| 16. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 17. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 18. | 1st Nationwide Collection | Unsecured | | No Claim Filed |
| 19. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| | | | $ 20,852.60 | $ 1,009.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 70.20 |
| | $ 70.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kelly, Kemba A | Case Number:  08 B 06830 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/24/09 | Filed:  3/21/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Marsh.*